cc: HG
KSC
DAVID
SHARI

**FILED**

JUN 12 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GERALDINE L.C. AJIFU,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS (AFL-CIO) DISTRICT LODGE 141; et al.,<br><br>  Defendants - Appellees. | No. 04-15039<br><br>D.C. No. CV-03-00212-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 14 2006

at  1  o'clock and  00  min.  P  M
SUE BEITIA, CLERK

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

The motion to dismiss this appeal with respect to defendant-appellee Aloha Airlines, Inc. is granted.

This case is ready for calendaring.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 12 2006

by:
Deputy Clerk

MOATT