```
INTERNAL USE ONLY: Proceedings include all events.
04-15039 Ajifu v. Intl Assoc of Mach, et al
```

| | |
|---|---|
| GERALDINE L.C. AJIFU<br>    Plaintiff - Appellant | Venetia K. Carpenter-Asui, Esq.<br>FAX 808/523-6727<br>808/523-6446<br>Ste. 812<br>[COR LD NTC ret]<br>V.K. CARPENTER-ASUI, LC<br>Haseko Center<br>820 Mililani St.<br>Honolulu, HI 96813 |
| v. | |
| INTERNATIONAL ASSOCIATION OF<br>MACHINISTS AND AEROSPACE<br>WORKERS (AFL-CIO) DISTRICT<br>LODGE 141<br>    Defendant - Appellee | Ira L. Gottlieb, Esq.<br>FAX 818/973-3201<br>818/973-3200<br>Suite 1100<br>[COR LD NTC ret]<br>3500 West Olive Avenue<br>Burbank, CA 91505 |
| ALOHA AIRLINES, INC.<br>    Defendant - Appellee | Richard M. Rand, Esq.<br>FAX 808/523-6001<br>808/523-6000<br>15th Floor<br>[COR LD NTC ret]<br>TORKILDSON KATZ FONSECA JAFFE<br>MOORE & HETHERINGTON<br>700 Bishop Street<br>Honolulu, HI 96813 |