# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 29, 2006

To: United States Court of Appeals    Attn: (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk               ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )   Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:      CV 03-00212HG      Appeal No:    04-15039

Short Title:    Ajjifu v. Intl Assoc of Machinists, et al.,

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel