# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 29, 2006

To:   Judge Mary M. McKeown
      U.S. Court of Appeals
      401 West A Street, Suite 2000
      San Diego, CA 92101

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 8 2006
4:31 p
DISTRICT OF HAWAII

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 03-00212HG              Appeal No:    04-15039
Short Title:  Ajjifu v. Intl Assoc of Machinists, et al.,

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: Wadd Buck    Date: 9/5/06