

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GERALDINE L.C. AJIFU,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS (AFL-CIO) DISTRICT LODGE 141; et al.,<br><br>Defendants - Appellees. | No. 04-15039<br>D.C. No. CV-03-00212-HG<br><br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>NOV 13 2006<br><br>at ___ o'clock and ___ min. ___ M<br>SUE BEITIA, CLERK |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**. Costs taxed.

Filed and entered Wednesday, October 18, 2006

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 09 2006

by
Deputy Clerk