## PROOF OF SERVICE BY MAIL
### [PURSUANT TO CCP §1013a(3)]

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years, employed in the County of Los Angeles, State of California, and I am not a party to the above-entitled cause. I am employed in the office of Geffner & Bush, members of the bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 3500 West Olive Avenue, Suite 1100, Burbank, California 91505-4657.

On October 23, 2006, I served a true copy (copies) of the **BILL OF COSTS** which is affixed hereto, on the person (persons) hereinafter mentioned by depositing the same for collection and processing and mailing at Burbank, California, on the date hereinabove set forth in this Certificate, in a sealed envelope (envelopes) with the postage thereon fully prepaid, addressed (respectively) as follows:

| | |
|---|---|
| Venetia K. Carpenter-Asui, Esq.<br>Haseko Center, Suite 812<br>820 Mililani Street<br>Honolulu, Hawaii 96813 | Richard M. Rand, Esq.<br>Torkildson, Katz, Fonesca,<br>  Moore & Hetherington<br>Bishop Street Tower, 15th Floor<br>700 Bishop Street<br>Honolulu, Hawaii 96813-4187 |

I have prepared the envelope containing the material served in the manner set forth above and placed it in the collection bin for deposit in the United States mail and in the ordinary course of business that envelope and all other envelopes in the bin will be deposited in the United States mail on the same day that is set forth above.

I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and know that, in the ordinary course of business, the correspondence is deposited with the United States Postal Service at 3500 West Olive Avenue, Suite 1100, Burbank, California 91505-4657 the same day that it is deposited for collection and mailing as set forth above.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on the date set forth hereinabove at Burbank, California.

_Joanna L. Emmett_
Print name of signator

_[signature]_
Signature

90930.1