```
                                                               MOATT9 INVATT
                                                                     i
INTERNAL USE ONLY: Proceedings include all events.
04-15039 Ajifu v. Intl Assoc of Mach

GERALDINE L.C. AJIFU                 Venetia K. Carpenter-Asui, Esq.
     Plaintiff - Appellant           FAX 808/523-6727
                                     808/523-6446
                                     Ste. 812
                                     [COR LD NTC ret]
                                     V.K. CARPENTER-ASUI, LC
                                     Haseko Center
                                     820 Mililani St.
                                     Honolulu, HI 96813

     v.

INTERNATIONAL ASSOCIATION OF         Ira L. Gottlieb, Esq.
MACHINISTS AND AEROSPACE             FAX 818/973-3201
WORKERS (AFL-CIO) DISTRICT           818/973-3200
LODGE 141                            Suite 1100
     Defendant - Appellee            [COR LD NTC ret]
                                     3500 West Olive Avenue
                                     Burbank, CA 91505


ALOHA AIRLINES, INC.
     Defendant - Appellee
 [term  06/12/06]
```